UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:20-cv-02675-MSS-CPT

MEDICAL & CHIROPRACTIC
CLINIC, INC. a Florida
corporation, individually, and as
the representative of a class of
similarly situated persons,

      Plaintiff,

v.

HARMONY UNITED
HEALTHCARE AND RESEARCH,
P.A., a Florida corporation, and
HARMONY UNITED
MEDSOLUTIONS, LLC, a Florida
limited liability company,

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ADMINISTRATIVE DISMISSAL

Plaintiff, Medical & Chiropractic Clinic, Inc., and Defendants, Harmony United Healthcare and Research, P.A., and Harmony United Medsolutions, LLC, (the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-captioned matter.

The parties are in the process of finalizing the terms of a settlement and respectfully request that this Court enter an administrative dismissal to allow the Parties one hundred eighty (180) days to complete the settlement, during which time the Parties request this Court retain jurisdiction over this matter until fully resolved. The Parties anticipate that a joint stipulation to voluntary dismissal with prejudice will be filed within one hundred eighty (180) days.

Dated this **5th day of January 2022.**

| /s/ Ryan M. Kelly | /s/ Ernest H. Kohlmyer, III |
|---|---|
| Ryan M. Kelly , Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 90110 | Florida Bar No. 110108 |
| rkelly@andersonwanca.com | Skohlmyer@shepardfirm.com |
| Anderson + Wanca | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 3701 Algonquin Road, Suite 500 | 2300 Maitland Center Parkway, Suite 100 |
| Rolling Meadows, IL 60008 | Maitland, Florida 32751 |
| Phone: (847) 368-1500 | Telephone (407) 622-1772 |
| Fax: (847) 368-1501 | Facsimile (407) 622-1884 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed on **January 5, 2022,** via the Court Clerk's CM/ECF system which will provide notice to the following attorneys of record:  Ryan M. Kelly, Esquire of Anderson & Wanca at rkelly@andersonwanca.com  *(Attorneys for Plaintiff).*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
SKohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL  32751
Telephone: (407) 622-1772
Facsimile: (407) 622-1884
*Attorneys for Defendants*
