**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**MEDICAL & CHIROPRACTIC
CLINIC, INC.,**

      **Plaintiff,**

**v.**                                                              Case No: 8:20-cv-2675-MSS-CPT

**HARMONY UNITED
HEALTHCARE AND RESEARCH,
PA and HARMONY UNITED
MEDSOLUTIONS, LLC,**

      **Defendants.**

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On January 5, 2022, the Parties filed a Joint Notice of Settlement and Request for Administrative Dismissal, informing the Court that the above-captioned case was settled. (Dkt. 40) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within one hundred and eighty (180) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the one hundred and eighty (180)-day period, the dismissal shall be with

prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 10th day of January 2022.

                                                  MARY S. SCRIVEN
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party